IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TENNESSEE NITRATE | ) |
| TECHNOLOGY, INC. | ) |
| | ) |
| v. | ) NO. 3-14-1268 |
| | ) JUDGE CAMPBELL |
| KAY & KAY CONTRACTING, | ) |
| LLC, et al. | ) |

ORDER

Pending before the Court is Defendants' Motion for Judicial Settlement Conference (Docket No. 14). The Motion is GRANTED. The case is referred to the Magistrate Judge for the parties to participate in alternative dispute resolution, pursuant to Rules 16.02 - 16.08 of the Local Rules of Court. The Magistrate Judge shall issue all necessary orders to implement the type of alternative dispute resolution he selects as appropriate.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE