UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TENNESSEE NITRATE TECHNOLOGY, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:14-1268 |
| | ) | Judge Campbell |
| KAY & KAY CONTRACTING, LLC, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

    This matter has been referred to the undersigned Magistrate Judge to conduct a judicial settlement conference. A telephone conference is set for **July 30, 2014, at 9:30 a.m.** to discuss a suitable date for the settlement conference. The parties shall call the Magistrate Judge's conference line of (615) 695-2857 in order to participate in this telephone conference.

    It is so **ORDERED**.

 

_____
JOHN S. BRYANT
U.S. Magistrate Judge