UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TENNESSEE NITRATE TECHNOLOGY, INC., | ) ) ) |
| Plaintiff | ) ) |
| v. | ) No. 3:14-1268 ) Judge Campbell/Bryant ) |
| KAY & KAY CONTRACTING, LLC, *et al.*, | ) ) ) ) |
| Defendants | ) |

**O R D E R**

The undersigned Magistrate Judge conducted a telephone conference with counsel for the parties on July 30, 2014. Consistent with discussions during this conference, the undersigned Magistrate Judge canceled the initial case management conference currently scheduled for August 4, 2014, to be rescheduled after the parties have chosen a suitable date to conduct a judicial settlement conference.

It is so **ORDERED**.

/s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge