UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

|  |  |  |
|---|---|---|
| TENNESSEE NITRATE TECHNOLOGY, INC., | ) ) ) | |
| Plaintiff | ) ) | No. 3:14-1268 |
| v. | ) ) | Judge Campbell/Bryant |
| KAY & KAY CONTRACTING, LLC, *et al.*, | ) ) ) ) | |
| Defendants | ) | |

**O R D E R**

This case has been referred to the undersigned Magistrate Judge to assist the parties in scheduling a judicial settlement conference (Docket Entry No. 16).

The undersigned Magistrate Judge has spoken with Magistrate Judge Cliff Knowles, and Judge Knowles has agreed to conduct a settlement conference with the parties. Counsel are directed to telephone Judge Knowles's courtroom deputy, Ms. Holly Vila, at 615-736-7344 in order to select a suitable date for this conference.

It is so **ORDERED**.

/s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge